# Court of Appeals
# of the State of Georgia

ATLANTA,   November 10, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0146.  CURTIS FARMER v. GEORGIA DEPARTMENT OF HUMAN SERVICES, EX REL., JAYLEN FARMER.**

Curtis Farmer has filed an application for discretionary appeal of the trial court's order establishing his paternity of a minor child and requiring him to pay child support.  The trial court entered its order on March 24, 2016, and Farmer filed his application on October 24, 2016.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 214 days after entry of the order Farmer seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,      11/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.